No. 11–46. ADAR, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF J. C. A–S, A MINOR, ET AL. v. SMITH, STATE REGISTRAR AND DIRECTOR, OFFICE OF VITAL RECORDS AND STATIS-

TICS, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS. C. A. 5th Cir. Certiorari denied.